**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN  38101-0520

October 24, 2023

**Re: Standing Trustee's Notice of Distribution**
    **Case No: 23-11078**

On May 04, 2023 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF OCTOBER 24, 2023

**Chapter 13 Case # 23-11078**

Atty:   FITZGERALD & ASSOCIATES PC

Re:   CHARLES MCSORLEY
SANTA MCSORLEY
23 PIERCE AVENUE
OAK RIDGE, NJ  07438

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $61,434.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/06/2023 | $905.00 | 9036808000 | 04/07/2023 | $905.00 | 9099801000 |
| 05/08/2023 | $905.00 | 9154338000 | 06/12/2023 | $1,028.00 | 9216914000 |
| 07/31/2023 | $1,028.00 | 9298585000 | 08/28/2023 | $1,028.00 | 9346937000 |
| 10/02/2023 | $1,028.00 | 9409302000 | | | |

**Total Receipts: $6,827.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $6,827.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 441.08 | |
| ATTY | ATTORNEY | ADMIN | 4,450.00 | 100.00% | 4,450.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ARS | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AIRMETHODS | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | M & T BANK | (NEW) Prepetition A | 9,343.74 | 100.00% | 957.06 | |
| 0006 | APPLE CARD/GS BANK USA | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | ATLANTIC AMBULANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | ATLANTIC MEDICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,814.36 | * | 0.00 | |
| 0014 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 6,219.23 | * | 0.00 | |
| 0015 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,059.16 | * | 0.00 | |
| 0016 | CCS/FIRST SAVINGS BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | CENTER FOR WOMENS HEALTHCARE LL | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | CENTRO CLINICO LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | QUANTUM3 GROUP LLC | UNSECURED | 1,322.95 | * | 0.00 | |
| 0025 | CREDIT FIRST | UNSECURED | 987.54 | * | 0.00 | |
| 0027 | LVNV FUNDING LLC | UNSECURED | 1,825.97 | * | 0.00 | |
| 0028 | LVNV FUNDING LLC | UNSECURED | 2,236.09 | * | 0.00 | |
| 0030 | DIAGNOSTIC CYTOGENETICS | UNSECURED | 0.00 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0031 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 3,950.11 | * | 0.00 | |
| 0033 | FMA ALLIANCE LTD | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | FINANCIAL RESOURCES FEDERAL CRED | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | FIRESTONE COMPLETE CARE AUTO | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,940.50 | * | 0.00 | |
| 0037 | FIRST SAVINGS CREDIT CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | GARRICK COX MD LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | HOP ENERGY, LL D/B/A METRO ENERGY | UNSECURED | 1,643.25 | * | 0.00 | |
| 0044 | UNITED STATES TREASURY/IRS | PRIORITY | 7,589.45 | 100.00% | 0.00 | |
| 0049 | LVNV FUNDING LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | MTA BRIDGES AND TUNNELS | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | MATRIX | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | MIDDLE COUNTRY COLLECTION SERVIC | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | NEW JERSEY TURNPIKE AUTHORITY | UNSECURED | 120.04 | * | 0.00 | |
| 0057 | PAYPAL CREDIT/SYNCB | UNSECURED | 0.00 | * | 0.00 | |
| 0058 | PHYSICAL THERAPY & WELLNESS | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | PRIME HEALTHCARE SERVICES ST CLAR | UNSECURED | 0.00 | * | 0.00 | |
| 0060 | PROFESSIONAL PHYSICAL THERAPY | UNSECURED | 0.00 | * | 0.00 | |
| 0062 | RECEIVABLE COLLECTION | UNSECURED | 0.00 | * | 0.00 | |
| 0065 | REVCO SOLUTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0069 | SAINT CLAIRE'S BEHAVIORAL HEALTH | UNSECURED | 0.00 | * | 0.00 | |
| 0072 | SARAH SILVERMAN | UNSECURED | 0.00 | * | 0.00 | |
| 0074 | STATE OF NJ | UNSECURED | 49.35 | * | 0.00 | |
| 0076 | STATE OF NJ | PRIORITY | 600.10 | 100.00% | 0.00 | |
| 0077 | SUNRISE CREDIT SERVICE | UNSECURED | 0.00 | * | 0.00 | |
| 0078 | SURETOX LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0080 | THD/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0081 | THE PORT AUTHORITY OF NEW YORK & | UNSECURED | 0.00 | * | 0.00 | |
| 0083 | TOLLS BY MAIL | UNSECURED | 0.00 | * | 0.00 | |
| 0084 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 323.10 | 100.00% | 33.10 | |
| 0086 | TWIN BORO PHYSICAL THERAPY | UNSECURED | 0.00 | * | 0.00 | |
| 0090 | QUANTUM3 GROUP LLC | UNSECURED | 4,458.82 | * | 0.00 | |
| 0091 | WELLS FARGO BANK NA | UNSECURED | 1,198.84 | * | 0.00 | |
| 0094 | LVNV FUNDING LLC | UNSECURED | 1,172.26 | * | 0.00 | |
| 0095 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 6,002.97 | * | 0.00 | |
| 0096 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 1,443.69 | * | 0.00 | |
| 0097 | QUANTUM3 GROUP LLC | UNSECURED | 692.37 | * | 0.00 | |
| 0098 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,908.42 | * | 0.00 | |
| 0099 | US DEPARTMENT OF HUD | (NEW) Prepetition | 0.00 | 100.00% | 0.00 | |
| 0100 | UNITED STATES TREASURY/IRS | UNSECURED | 945.10 | * | 0.00 | |

**Total Paid:  $5,881.24**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CENLAR FSB | 09/18/2023 | $28.01 | 916216 | | | | |
| M & T BANK | 10/16/2023 | $929.05 | 917961 | | | | |
| TOYOTA MOTOR CREDIT CORPORATION | 10/16/2023 | $33.10 | 918423 | | | | |

**Chapter 13 Case # 23-11078**

## SUMMARY

| |
|---|
| Summary of all receipts and disbursements from the date the case was filed , to and including: October 24, 2023. |
| Receipts: $6,827.00   -   Paid to Claims: $990.16   -   Admin Costs Paid: $4,891.08   =   Funds on Hand: $945.76 |
| Base Plan Amount: $61,434.00   -   Receipts: $6,827.00   =   Total Unpaid Balance: **$54,607.00 |

**\*\*NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.