FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

| Re: | CHARLES MCSORLEY<br>SANTA MCSORLEY<br>23 PIERCE AVENUE<br>OAK RIDGE, NJ  07438 | Atty: | FITZGERALD & ASSOCIATES PC<br>649 NEWARK AVE<br>JERSEY CITY, NJ  07306 |
|---|---|---|---|

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
#### Chapter 13 Case # 23-11078

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $61,434.00**

## RECEIPTS AS OF 01/01/2024            (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/06/2023 | $905.00 | 9036808000 | 04/07/2023 | $905.00 | 9099801000 |
| 05/08/2023 | $905.00 | 9154338000 | 06/12/2023 | $1,028.00 | 9216914000 |
| 07/31/2023 | $1,028.00 | 9298585000 | 08/28/2023 | $1,028.00 | 9346937000 |
| 10/02/2023 | $1,028.00 | 9409302000 | 11/06/2023 | $1,028.00 | 9467220000 |
| 12/11/2023 | $1,028.00 | 9524640000 | | | |

**Total Receipts: $8,883.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $8,883.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024        (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CENLAR FSB | | | | | | |
| | 09/18/2023 | $28.01 | 916,216 | | | |
| M & T BANK | | | | | | |
| | 10/16/2023 | $929.05 | 917,961 | 11/13/2023 | $914.15 | 919,406 |
| | 12/11/2023 | $914.15 | 920,804 | | | |
| TOYOTA MOTOR CREDIT CORPORATION | | | | | | |
| | 10/16/2023 | $33.10 | 918,423 | 11/13/2023 | $31.61 | 919,868 |
| | 12/11/2023 | $31.61 | 921,275 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 687.80 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,450.00 | 100.00% | 4,450.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ARS | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AIRMETHODS | UNSECURED | 0.00 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0005 | M & T BANK | (NEW) Prepetition A | 9,343.74 | 100.00% | 2,785.36 | |
| 0006 | APPLE CARD/GS BANK USA | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | ATLANTIC AMBULANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | ATLANTIC MEDICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,814.36 | * | 0.00 | |
| 0014 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 6,219.23 | * | 0.00 | |
| 0015 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,059.16 | * | 0.00 | |
| 0016 | CCS/FIRST SAVINGS BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | CENTER FOR WOMENS HEALTHCARE LL | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | CENTRO CLINICO LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | QUANTUM3 GROUP LLC | UNSECURED | 1,322.95 | * | 0.00 | |
| 0025 | CREDIT FIRST | UNSECURED | 987.54 | * | 0.00 | |
| 0027 | LVNV FUNDING LLC | UNSECURED | 1,825.97 | * | 0.00 | |
| 0028 | LVNV FUNDING LLC | UNSECURED | 2,236.09 | * | 0.00 | |
| 0030 | DIAGNOSTIC CYTOGENETICS | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 3,950.11 | * | 0.00 | |
| 0033 | FMA ALLIANCE LTD | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | FINANCIAL RESOURCES FEDERAL CRED | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | FIRESTONE COMPLETE CARE AUTO | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,940.50 | * | 0.00 | |
| 0037 | FIRST SAVINGS CREDIT CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | GARRICK COX MD LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | HOP ENERGY, LL D/B/A METRO ENERGY | UNSECURED | 1,643.25 | * | 0.00 | |
| 0044 | UNITED STATES TREASURY/IRS | PRIORITY | 7,589.45 | 100.00% | 0.00 | |
| 0049 | LVNV FUNDING LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | MTA BRIDGES AND TUNNELS | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | MATRIX | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | MIDDLE COUNTRY COLLECTION SERVIC | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | NEW JERSEY TURNPIKE AUTHORITY | UNSECURED | 120.04 | * | 0.00 | |
| 0057 | PAYPAL CREDIT/SYNCB | UNSECURED | 0.00 | * | 0.00 | |
| 0058 | PHYSICAL THERAPY & WELLNESS | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | PRIME HEALTHCARE SERVICES ST CLAR | UNSECURED | 0.00 | * | 0.00 | |
| 0060 | PROFESSIONAL PHYSICAL THERAPY | UNSECURED | 0.00 | * | 0.00 | |
| 0062 | RECEIVABLE COLLECTION | UNSECURED | 0.00 | * | 0.00 | |
| 0065 | REVCO SOLUTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0069 | SAINT CLAIRE'S BEHAVIORAL HEALTH | UNSECURED | 0.00 | * | 0.00 | |
| 0072 | SARAH SILVERMAN | UNSECURED | 0.00 | * | 0.00 | |
| 0074 | STATE OF NJ | UNSECURED | 49.35 | * | 0.00 | |
| 0076 | STATE OF NJ | PRIORITY | 600.10 | 100.00% | 0.00 | |
| 0077 | SUNRISE CREDIT SERVICE | UNSECURED | 0.00 | * | 0.00 | |
| 0078 | SURETOX LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0080 | THD/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0081 | THE PORT AUTHORITY OF NEW YORK & | UNSECURED | 0.00 | * | 0.00 | |
| 0083 | TOLLS BY MAIL | UNSECURED | 0.00 | * | 0.00 | |
| 0084 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 323.10 | 100.00% | 96.32 | |
| 0086 | TWIN BORO PHYSICAL THERAPY | UNSECURED | 0.00 | * | 0.00 | |
| 0090 | QUANTUM3 GROUP LLC | UNSECURED | 4,458.82 | * | 0.00 | |
| 0091 | WELLS FARGO BANK NA | UNSECURED | 1,198.84 | * | 0.00 | |
| 0094 | LVNV FUNDING LLC | UNSECURED | 1,172.26 | * | 0.00 | |
| 0095 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 6,002.97 | * | 0.00 | |
| 0096 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 1,443.69 | * | 0.00 | |
| 0097 | QUANTUM3 GROUP LLC | UNSECURED | 692.37 | * | 0.00 | |
| 0098 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,908.42 | * | 0.00 | |
| 0099 | US DEPARTMENT OF HUD | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | |
| 0100 | UNITED STATES TREASURY/IRS | UNSECURED | 945.10 | * | 0.00 | |

**Chapter 13 Case # 23-11078**

**Total Paid: $8,019.48**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 12, 2024.

Receipts: $8,883.00    -    Paid to Claims: $2,881.68    -    Admin Costs Paid: $5,137.80    =    Funds on Hand: $1,891.52

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.