FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

Re:  CHARLES MCSORLEY  
SANTA MCSORLEY  
23 PIERCE AVENUE  
OAK RIDGE,  NJ  07438

Atty:  FITZGERALD & ASSOCIATES PC  
649 NEWARK AVE  
JERSEY CITY, NJ  07306

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
Chapter 13 Case # 23-11078

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $61,434.00**

## RECEIPTS AS OF 01/01/2025    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/06/2023 | $905.00 | 9036808000 | 04/07/2023 | $905.00 | 9099801000 |
| 05/08/2023 | $905.00 | 9154338000 | 06/12/2023 | $1,028.00 | 9216914000 |
| 07/31/2023 | $1,028.00 | 9298585000 | 08/28/2023 | $1,028.00 | 9346937000 |
| 10/02/2023 | $1,028.00 | 9409302000 | 11/06/2023 | $1,028.00 | 9467220000 |
| 12/11/2023 | $1,028.00 | 9524640000 | 01/08/2024 | $1,028.00 | 9569917000 |
| 02/01/2024 | $1,028.00 | 9609009000 | 03/04/2024 | $1,028.00 | 9666576000 |
| 04/02/2024 | $1,028.00 | 9713654000 | 05/06/2024 | $1,028.00 | 9769249000 |
| 06/10/2024 | $1,028.00 | 9824670000 | 07/15/2024 | $1,028.00 | 9880316000 |
| 08/19/2024 | $1,028.00 | 9935070000 | 09/30/2024 | $1,028.00 | 1000078200 |
| 10/28/2024 | $1,028.00 | 1004309100 | 11/25/2024 | $1,028.00 | 1008584200 |
| 12/27/2024 | $1,028.00 | 1013557400 | | | |

**Total Receipts: $21,219.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $21,219.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CENLAR FSB | | | | | | |
| | 09/18/2023 | $28.01 | 916,216 | | | |
| M & T BANK | | | | | | |
| | 10/16/2023 | $929.05 | 917,961 | 11/13/2023 | $914.15 | 919,406 |
| | 12/11/2023 | $914.15 | 920,804 | 02/12/2024 | $1,828.30 | 923,564 |
| | 03/11/2024 | $103.14 | 924,998 | 03/11/2024 | $814.46 | 924,998 |
| | 04/15/2024 | $103.14 | 926,460 | 04/15/2024 | $814.46 | 926,460 |
| | 05/10/2024 | $103.14 | 927,899 | 05/10/2024 | $814.46 | 927,899 |
| | 06/17/2024 | $103.14 | 929,344 | 06/17/2024 | $814.45 | 929,344 |
| | 07/15/2024 | $103.14 | 930,785 | 07/15/2024 | $814.46 | 930,785 |
| | 08/19/2024 | $83.30 | 932,230 | 08/19/2024 | $657.79 | 932,230 |

**Chapter 13 Case # 23-11078**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| STATE OF NJ | | | | | | | |
| | 08/19/2024 | $15.59 | 932,625 | | 10/21/2024 | $71.56 | 935,484 |
| | 11/18/2024 | $71.56 | 936,900 | | 12/16/2024 | $70.81 | 938,290 |
| TOYOTA MOTOR CREDIT CORPORATION | | | | | | | |
| | 10/16/2023 | $33.10 | 918,423 | | 11/13/2023 | $31.61 | 919,868 |
| | 12/11/2023 | $31.61 | 921,275 | | 02/12/2024 | $63.22 | 924,056 |
| | 03/11/2024 | $28.16 | 925,482 | | 04/15/2024 | $28.16 | 926,981 |
| | 05/10/2024 | $28.16 | 928,350 | | 06/17/2024 | $28.17 | 929,867 |
| | 07/15/2024 | $28.16 | 931,238 | | 08/19/2024 | $22.75 | 932,740 |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 08/19/2024 | $197.17 | 8,004,249 | | 10/21/2024 | $905.04 | 8,004,334 |
| | 11/18/2024 | $905.04 | 8,004,374 | | 12/16/2024 | $895.51 | 8,004,414 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,438.24 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,450.00 | 100.00% | 4,450.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ARS | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AIRMETHODS | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | M & T BANK | (NEW) Prepetition | 9,343.74 | 100.00% | 9,343.74 | |
| 0006 | APPLE CARD/GS BANK USA | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | ATLANTIC AMBULANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | ATLANTIC MEDICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,814.36 | * | 0.00 | |
| 0014 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 6,219.23 | * | 0.00 | |
| 0015 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,059.16 | * | 0.00 | |
| 0016 | CCS/FIRST SAVINGS BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | CENTER FOR WOMENS HEALTHCARE LL | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | CENTRO CLINICO LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | QUANTUM3 GROUP LLC | UNSECURED | 1,322.95 | * | 0.00 | |
| 0025 | CREDIT FIRST | UNSECURED | 987.54 | * | 0.00 | |
| 0027 | LVNV FUNDING LLC | UNSECURED | 1,825.97 | * | 0.00 | |
| 0028 | LVNV FUNDING LLC | UNSECURED | 2,236.09 | * | 0.00 | |
| 0030 | DIAGNOSTIC CYTOGENETICS | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 3,950.11 | * | 0.00 | |
| 0033 | FMA ALLIANCE LTD | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | FINANCIAL RESOURCES FEDERAL CRED | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | FIRESTONE COMPLETE CARE AUTO | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,940.50 | * | 0.00 | |
| 0037 | FIRST SAVINGS CREDIT CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | GARRICK COX MD LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | HOP ENERGY, LL D/B/A METRO ENERGY | UNSECURED | 1,643.25 | * | 0.00 | |
| 0044 | UNITED STATES TREASURY/IRS | PRIORITY | 7,589.45 | 100.00% | 3,798.27 | |
| 0049 | LVNV FUNDING LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | MTA BRIDGES AND TUNNELS | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | MATRIX | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | MIDDLE COUNTRY COLLECTION SERVIC | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | NEW JERSEY TURNPIKE AUTHORITY | UNSECURED | 120.04 | * | 0.00 | |
| 0057 | PAYPAL CREDIT/SYNCB | UNSECURED | 0.00 | * | 0.00 | |
| 0058 | PHYSICAL THERAPY & WELLNESS | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | PRIME HEALTHCARE SERVICES ST CLAR | UNSECURED | 0.00 | * | 0.00 | |
| 0060 | PROFESSIONAL PHYSICAL THERAPY | UNSECURED | 0.00 | * | 0.00 | |
| 0062 | RECEIVABLE COLLECTION | UNSECURED | 0.00 | * | 0.00 | |
| 0065 | REVCO SOLUTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0069 | SAINT CLAIRE'S BEHAVIORAL HEALTH | UNSECURED | 0.00 | * | 0.00 | |

Chapter 13 Case # 23-11078

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0072 | SARAH SILVERMAN | UNSECURED | 0.00 | * | 0.00 | |
| 0074 | STATE OF NJ | UNSECURED | 49.35 | * | 0.00 | |
| 0076 | STATE OF NJ | PRIORITY | 600.10 | 100.00% | 300.33 | |
| 0077 | SUNRISE CREDIT SERVICE | UNSECURED | 0.00 | * | 0.00 | |
| 0078 | SURETOX LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0080 | THD/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0081 | THE PORT AUTHORITY OF NEW YORK & | UNSECURED | 0.00 | * | 0.00 | |
| 0083 | TOLLS BY MAIL | UNSECURED | 0.00 | * | 0.00 | |
| 0084 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 323.10 | 100.00% | 323.10 | |
| 0086 | TWIN BORO PHYSICAL THERAPY | UNSECURED | 0.00 | * | 0.00 | |
| 0090 | QUANTUM3 GROUP LLC | UNSECURED | 4,458.82 | * | 0.00 | |
| 0091 | WELLS FARGO BANK NA | UNSECURED | 1,198.84 | * | 0.00 | |
| 0094 | LVNV FUNDING LLC | UNSECURED | 1,172.26 | * | 0.00 | |
| 0095 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 6,002.97 | * | 0.00 | |
| 0096 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 1,443.69 | * | 0.00 | |
| 0097 | QUANTUM3 GROUP LLC | UNSECURED | 692.37 | * | 0.00 | |
| 0098 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,908.42 | * | 0.00 | |
| 0099 | US DEPARTMENT OF HUD | (NEW) Prepetition / | 0.00 | 100.00% | 0.00 | |
| 0100 | UNITED STATES TREASURY/IRS | UNSECURED | 945.10 | * | 0.00 | |
| 0101 | M & T BANK | (NEW) MTG Agree | 599.00 | 100.00% | 599.00 | |

**Total Paid: $20,252.68**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $21,219.00        -    Paid to Claims: $14,364.44    -    Admin Costs Paid: $5,888.24    =    Funds on Hand: $966.32

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.