| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Fitzgerald & Associates, P.C.<br>  By: Nicholas Fitzgerald, Esq.<br>649 Newark Avenue<br>Jersey City, NJ 07306<br>Email: nickfitz.law@gmail.com<br>Phone: (201) 533-1100<br>Counsel for Debtors | Order Filed on September 17, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Charles McSorley & Santa McSorley | Case No.: 23-11078-VFP<br>Chapter: 13<br>Judge: V. F. Papalia |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 17, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Fitzgerald & Assocites, P.C._____, the applicant, is allowed a fee of $_____742.00_____ for services rendered and expenses in the amount of $_____Zero_____ for a total of $_____742.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1,058.00_____ per month for _____28_____ months to allow for payment of the above fee.

rev.8/1/15