UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

Fitzgerald & Associates, P.C.
Nicholas Fitzgerald, Esq. NF6129
649 Newark Avenue
Jersey City, NJ 07306
Telephone (201) 533-1100
Email: Nickfitz.law@gmail.com
Counsel for Debtor

In Re:

Charles McSorley
Santa McSorley

Case No.: 23-11078

Judge: Vincent F Papalia

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

   A hearing has been scheduled for _____, at _____.

   ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for __October 16, 2025__, at __10:00 a.m.__.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☒ Other (**explain your answer**):
Payments have been made through TFS in the amount of $2,200.00. I can pay the balance of the arrears of $998 on 10/25/25.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 9/17/2025

Debtor's Signature: *Charles H Risby*

Date: 9/17/2025

Debtor's Signature: *Santa McSorley*

NOTES:

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev. 8/1/15