UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Fitzgerald & Associates, P.C.
Nicholas Fitzgerald, Esq. NF6129
649 Newark Avenue,
Jersey City, NJ 07306
Telephone (201) 533-1100
Email: Nickfitz.law@gmail.com
Counsel for Debtor

In Re:

Charles McSorley & Santa McSorley

Case No.: 23-11078

Judge: Vincent F Papalia

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____,
   creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by _____M&T Bank_____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
A payment in the amount of $1,300 was made on 12/1/25; however, it does not appear to have been accounted for. I made an additional payment on 12/30/25 in the amount of $1,500, and I will be making another payment today in the amount of $1,500. Due to the remaining balance of the arrears, I am requesting two additional months to pay the balance in full.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 12/31/2025

Debtor's Signature

Date: 12/31/2025

Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

9:12                                                               LTE

<            Yesterday            ...
                     10:21PM



**M&T BANK MORT PYMT**      968 TEL ID:...

# −$1,300.00

**Transaction Details**

| | |
|---|---|
| Type | ACH debit |
| Transaction date | Nov 29, 2025 |
| Posted date | Dec 01, 2025 |
| Description | M&T BANK  MORT PYMT  .0968  TEL ID: 00000 |
| Category | Bills & utilities |

**Having a problem with this transaction?**
Let's look into it.

[ Report a problem ]

Disclaimer: Transaction details may be preliminary or incomplete and may not match the transaction as it appears on your periodic statement, which is the official record of your account activity.



                     

12/31/25, 9:18 AM                                        processed-DD3B00C04-B322-4B08-88E7-A19A36925C90.jpeg

9:12                                                                  LTE

&lt;             **Transaction Details**



**M&T BANK MORT PYMT          1968 TEL ID:...**

# −$1,500.00

---

**Transaction Details**

| | |
|---|---|
| Type | ACH debit |
| Transaction date | Dec 30, 2025 |
| Posted date | Dec 30, 2025 |
| Description | M&T BANK    MORT PYMT    0968    TEL ID:    0000 |
| Category | Bills & utilities |

**Having a problem with this transaction?**

Let's look into it.

[ Report a problem ]

Disclaimer: Transaction details may be preliminary or incomplete and may not match the transaction as it appears on your periodic statement, which is the official record of your account activity.