Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−11078−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Charles McSorley
aka Charles H McSorley
23 Pierce Avenue
Oak Ridge, NJ 07438

Santa McSorley
23 Pierce Avenue
Oak Ridge, NJ 07438

Social Security No.:
xxx−xx−4217

xxx−xx−9657

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/5/26 at 10:00 AM

to consider and act upon the following:

*47* − Creditor's Certification of Default (related document:35 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of M&T BANK. Objection deadline is 01/9/2026. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*48* − Certification in Opposition to (related document:47 Creditor's Certification of Default (related document:35 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of M&T BANK. Objection deadline is 01/9/2026. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor M&T BANK) filed by Nicholas Fitzgerald on behalf of Charles McSorley, Santa McSorley. (Fitzgerald, Nicholas)

Dated: 1/5/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-11078-VFP |
| Charles McSorley | Chapter 13 |
| Santa McSorley | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 05, 2026 | Form ID: ntchrgbk | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles McSorley, Santa McSorley, 23 Pierce Avenue, Oak Ridge, NJ 07438-8923 |
| cr | + | HOP Energy, LLC, McKenna, DuPont, Higgins, & Stone, 229 Broad Street, PO Box 610, Red Bank, NJ 07701-0610 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2026        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marisa Myers Cohen | on behalf of Creditor AmeriHome Mortgage Company LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Michael R. DuPont | on behalf of Creditor HOP Energy LLC dupont@redbanklaw.com, lori@redbanklaw.com |
| Nicholas Fitzgerald | on behalf of Debtor Charles McSorley fitz2law@gmail.com nadiafinancial@gmail.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 05, 2026 | Form ID: ntchrgbk | Total Noticed: 2 |

Nicholas Fitzgerald
    on behalf of Joint Debtor Santa McSorley fitz2law@gmail.com nadiafinancial@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7