FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

Re:   CHARLES MCSORLEY
SANTA MCSORLEY
23 PIERCE AVENUE
OAK RIDGE,  NJ  07438

Atty:   FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
**Chapter 13 Case # 23-11078**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $62,274.00**

## RECEIPTS AS OF 01/15/2026      (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/06/2023 | $905.00 | 9036808000 | 04/07/2023 | $905.00 | 9099801000 |
| 05/08/2023 | $905.00 | 9154338000 | 06/12/2023 | $1,028.00 | 9216914000 |
| 07/31/2023 | $1,028.00 | 9298585000 | 08/28/2023 | $1,028.00 | 9346937000 |
| 10/02/2023 | $1,028.00 | 9409302000 | 11/06/2023 | $1,028.00 | 9467220000 |
| 12/11/2023 | $1,028.00 | 9524640000 | 01/08/2024 | $1,028.00 | 9569917000 |
| 02/01/2024 | $1,028.00 | 9609009000 | 03/04/2024 | $1,028.00 | 9666576000 |
| 04/02/2024 | $1,028.00 | 9713654000 | 05/06/2024 | $1,028.00 | 9769249000 |
| 06/10/2024 | $1,028.00 | 9824670000 | 07/15/2024 | $1,028.00 | 9880316000 |
| 08/19/2024 | $1,028.00 | 9935070000 | 09/30/2024 | $1,028.00 | 1000078200 |
| 10/28/2024 | $1,028.00 | 1004309100 | 11/25/2024 | $1,028.00 | 1008584200 |
| 12/27/2024 | $1,028.00 | 1013557400 | 02/03/2025 | $1,028.00 | 1018507800 |
| 03/03/2025 | $1,028.00 | I1M4G93VBV-Plan | 03/31/2025 | $1,031.00 | I1VWGLPW8S-Plan |
| 05/02/2025 | $1,028.00 | I134GJX05V-Plan | 06/03/2025 | $1,028.00 | I1XZL243KZ-Plan |
| 07/07/2025 | $1,032.00 | I19JL006PM-Plan | 08/11/2025 | $1,030.00 | |
| 09/22/2025 | $1,050.00 | | 09/26/2025 | $1,150.00 | |
| 10/27/2025 | $1,000.00 | | 10/31/2025 | $1,060.00 | |
| 11/26/2025 | $1,060.00 | | 12/30/2025 | $1,060.00 | |

**Total Receipts:  $34,804.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $34,804.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026      (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 06/16/2025 | $114.36 | 946,161 | | 06/16/2025 | $110.38 | 946,161 |
| | 06/16/2025 | $26.55 | 946,161 | | 07/14/2025 | $148.17 | 947,611 |
| | 07/14/2025 | $143.01 | 947,611 | | 07/14/2025 | $34.39 | 947,611 |
| | 08/18/2025 | $148.46 | 949,006 | | 08/18/2025 | $143.31 | 949,006 |
| | 08/18/2025 | $34.46 | 949,006 | | 09/16/2025 | $36.18 | 950,325 |

**Chapter 13 Case # 23-11078**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 09/16/2025 | $34.92 | 950,325 | | 09/16/2025 | $8.40 | 950,325 |
| | 10/20/2025 | $317.09 | 951,763 | | 10/20/2025 | $306.06 | 951,763 |
| | 10/20/2025 | $73.61 | 951,763 | | 11/17/2025 | $293.80 | 953,242 |
| | 11/17/2025 | $283.59 | 953,242 | | 11/17/2025 | $68.20 | 953,242 |
| | 12/15/2025 | $151.17 | 954,648 | | 12/15/2025 | $145.91 | 954,648 |
| | 12/15/2025 | $35.09 | 954,648 | | 01/12/2026 | $151.18 | 956,066 |
| | 01/12/2026 | $145.93 | 956,066 | | 01/12/2026 | $35.10 | 956,066 |
| **CENLAR FSB** | | | | | | | |
| | 09/18/2023 | $28.01 | 916,216 | | | | |
| **CREDIT FIRST** | | | | | | | |
| | 06/16/2025 | $18.16 | 946,247 | | 07/14/2025 | $23.53 | 947,692 |
| | 08/18/2025 | $23.57 | 949,076 | | 09/16/2025 | $5.75 | 950,404 |
| | 10/20/2025 | $50.34 | 951,847 | | 11/17/2025 | $46.66 | 953,319 |
| | 12/15/2025 | $24.00 | 954,726 | | 01/12/2026 | $24.01 | 956,134 |
| **DISCOVER BANK DISCOVER PRODUCTS INC.** | | | | | | | |
| | 06/16/2025 | $72.64 | 946,270 | | 07/14/2025 | $94.11 | 947,714 |
| | 08/18/2025 | $94.29 | 949,095 | | 09/16/2025 | $22.97 | 950,426 |
| | 10/20/2025 | $201.40 | 951,869 | | 11/17/2025 | $186.60 | 953,339 |
| | 12/15/2025 | $96.03 | 954,747 | | 01/12/2026 | $96.00 | 956,157 |
| **HOP ENERGY, LL D/B/A METRO ENERGY** | | | | | | | |
| | 06/16/2025 | $30.22 | 946,366 | | 07/14/2025 | $39.15 | 947,821 |
| | 08/18/2025 | $39.22 | 949,183 | | 09/16/2025 | $9.56 | 950,522 |
| | 10/20/2025 | $83.79 | 951,972 | | 11/17/2025 | $77.62 | 953,438 |
| | 12/15/2025 | $39.94 | 954,845 | | 01/12/2026 | $39.95 | 956,254 |
| **JEFFERSON CAPITAL SYSTEMS LLC** | | | | | | | |
| | 06/16/2025 | $35.09 | 8,004,622 | | 06/16/2025 | $35.68 | 8,004,622 |
| | 07/14/2025 | $46.23 | 8,004,666 | | 07/14/2025 | $45.47 | 8,004,666 |
| | 08/18/2025 | $46.33 | 8,004,708 | | 08/18/2025 | $45.55 | 8,004,708 |
| | 09/16/2025 | $11.28 | 8,004,742 | | 09/16/2025 | $11.11 | 8,004,742 |
| | 10/20/2025 | $98.94 | 8,004,783 | | 10/20/2025 | $97.30 | 8,004,783 |
| | 11/17/2025 | $91.67 | 8,004,827 | | 11/17/2025 | $90.16 | 8,004,827 |
| | 12/15/2025 | $47.17 | 8,004,865 | | 12/15/2025 | $46.39 | 8,004,865 |
| | 01/12/2026 | $47.17 | 8,004,906 | | 01/12/2026 | $46.38 | 8,004,906 |
| **LVNV FUNDING LLC** | | | | | | | |
| | 06/16/2025 | $33.58 | 946,428 | | 06/16/2025 | $41.12 | 946,428 |
| | 06/16/2025 | $21.56 | 946,428 | | 07/14/2025 | $43.50 | 947,886 |
| | 07/14/2025 | $53.27 | 947,886 | | 07/14/2025 | $27.93 | 947,886 |
| | 08/18/2025 | $43.59 | 949,241 | | 08/18/2025 | $53.38 | 949,241 |
| | 08/18/2025 | $27.98 | 949,241 | | 09/16/2025 | $10.61 | 950,583 |
| | 09/16/2025 | $13.00 | 950,583 | | 09/16/2025 | $6.81 | 950,583 |
| | 10/20/2025 | $59.78 | 952,038 | | 10/20/2025 | $93.11 | 952,038 |
| | 10/20/2025 | $114.02 | 952,038 | | 11/17/2025 | $55.37 | 953,494 |
| | 11/17/2025 | $86.25 | 953,494 | | 11/17/2025 | $105.63 | 953,494 |
| | 12/15/2025 | $28.50 | 954,902 | | 12/15/2025 | $44.39 | 954,902 |
| | 12/15/2025 | $54.35 | 954,902 | | 01/12/2026 | $44.39 | 956,310 |
| | 01/12/2026 | $54.36 | 956,310 | | 01/12/2026 | $28.49 | 956,310 |
| **M & T BANK** | | | | | | | |
| | 10/16/2023 | $929.05 | 917,961 | | 11/13/2023 | $914.15 | 919,406 |
| | 12/11/2023 | $914.15 | 920,804 | | 02/12/2024 | $1,828.30 | 923,564 |
| | 03/11/2024 | $814.46 | 924,998 | | 03/11/2024 | $103.14 | 924,998 |
| | 04/15/2024 | $814.46 | 926,460 | | 04/15/2024 | $103.14 | 926,460 |
| | 05/10/2024 | $814.46 | 927,899 | | 05/10/2024 | $103.14 | 927,899 |
| | 06/17/2024 | $814.45 | 929,344 | | 06/17/2024 | $103.14 | 929,344 |
| | 07/15/2024 | $814.46 | 930,785 | | 07/15/2024 | $103.14 | 930,785 |
| | 08/19/2024 | $657.79 | 932,230 | | 08/19/2024 | $83.30 | 932,230 |

**Chapter 13 Case # 23-11078**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| NEW JERSEY TURNPIKE AUTHORITY | | | | | | | |
| | 07/14/2025 | $5.07 | 947,285 | | 10/20/2025 | $9.68 | 951,405 |
| | 11/17/2025 | $5.67 | 952,878 | | 01/12/2026 | $5.84 | 955,717 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 06/16/2025 | $19.48 | 8,004,619 | | 06/16/2025 | $33.36 | 8,004,619 |
| | 07/14/2025 | $25.23 | 8,004,662 | | 07/14/2025 | $43.23 | 8,004,662 |
| | 08/18/2025 | $25.28 | 8,004,704 | | 08/18/2025 | $43.31 | 8,004,704 |
| | 09/16/2025 | $6.16 | 8,004,743 | | 09/16/2025 | $10.55 | 8,004,743 |
| | 10/20/2025 | $92.51 | 8,004,785 | | 10/20/2025 | $54.00 | 8,004,785 |
| | 11/17/2025 | $85.71 | 8,004,824 | | 11/17/2025 | $50.04 | 8,004,824 |
| | 12/15/2025 | $25.74 | 8,004,864 | | 12/15/2025 | $44.10 | 8,004,864 |
| | 01/12/2026 | $44.10 | 8,004,905 | | 01/12/2026 | $25.75 | 8,004,905 |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 06/16/2025 | $81.99 | 8,004,625 | | 06/16/2025 | $12.73 | 8,004,625 |
| | 06/16/2025 | $24.33 | 8,004,625 | | 07/14/2025 | $31.52 | 8,004,669 |
| | 07/14/2025 | $106.23 | 8,004,669 | | 07/14/2025 | $16.50 | 8,004,669 |
| | 08/18/2025 | $31.57 | 8,004,710 | | 08/18/2025 | $106.44 | 8,004,710 |
| | 08/18/2025 | $16.53 | 8,004,710 | | 09/16/2025 | $7.70 | 8,004,749 |
| | 09/16/2025 | $25.93 | 8,004,749 | | 10/20/2025 | $39.32 | 8,004,790 |
| | 10/20/2025 | $67.45 | 8,004,790 | | 10/20/2025 | $227.34 | 8,004,790 |
| | 11/17/2025 | $62.50 | 8,004,830 | | 11/17/2025 | $210.63 | 8,004,830 |
| | 11/17/2025 | $32.71 | 8,004,830 | | 12/15/2025 | $32.16 | 8,004,870 |
| | 12/15/2025 | $16.83 | 8,004,870 | | 12/15/2025 | $108.38 | 8,004,870 |
| | 01/12/2026 | $32.15 | 8,004,911 | | 01/12/2026 | $16.83 | 8,004,911 |
| | 01/12/2026 | $108.39 | 8,004,911 | | | | |
| STATE OF NJ | | | | | | | |
| | 08/19/2024 | $15.59 | 932,625 | | 10/21/2024 | $71.56 | 935,484 |
| | 11/18/2024 | $71.56 | 936,900 | | 12/16/2024 | $70.81 | 938,290 |
| | 01/13/2025 | $70.81 | 939,724 | | 02/10/2025 | $70.81 | 941,055 |
| | 03/17/2025 | $70.81 | 942,484 | | 04/14/2025 | $70.81 | 943,926 |
| | 05/12/2025 | $71.01 | 945,367 | | 06/16/2025 | $16.33 | 946,795 |
| | 10/20/2025 | $6.07 | 952,385 | | | | |
| TOYOTA MOTOR CREDIT CORPORATION | | | | | | | |
| | 10/16/2023 | $33.10 | 918,423 | | 11/13/2023 | $31.61 | 919,868 |
| | 12/11/2023 | $31.61 | 921,275 | | 02/12/2024 | $63.22 | 924,056 |
| | 03/11/2024 | $28.16 | 925,482 | | 04/15/2024 | $28.16 | 926,981 |
| | 05/10/2024 | $28.16 | 928,350 | | 06/17/2024 | $28.17 | 929,867 |
| | 07/15/2024 | $28.16 | 931,238 | | 08/19/2024 | $22.75 | 932,740 |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 08/19/2024 | $197.17 | 8,004,249 | | 10/21/2024 | $905.04 | 8,004,334 |
| | 11/18/2024 | $905.04 | 8,004,374 | | 12/16/2024 | $895.51 | 8,004,414 |
| | 01/13/2025 | $895.51 | 8,004,455 | | 02/10/2025 | $895.51 | 8,004,495 |
| | 03/17/2025 | $895.51 | 8,004,537 | | 04/14/2025 | $895.51 | 8,004,578 |
| | 05/12/2025 | $898.13 | 8,004,616 | | 06/16/2025 | $206.52 | 8,004,661 |
| | 06/16/2025 | $17.38 | 8,004,661 | | 07/14/2025 | $22.52 | 8,004,703 |
| | 08/18/2025 | $22.55 | 8,004,741 | | 09/16/2025 | $5.50 | 8,004,782 |
| | 10/20/2025 | $48.19 | 8,004,822 | | 11/17/2025 | $44.65 | 8,004,862 |
| | 12/15/2025 | $22.97 | 8,004,904 | | 01/12/2026 | $22.98 | 8,004,946 |
| WELLS FARGO BANK NA | | | | | | | |
| | 06/16/2025 | $22.04 | 947,043 | | 07/14/2025 | $28.57 | 948,483 |
| | 08/18/2025 | $28.62 | 949,776 | | 09/16/2025 | $6.97 | 951,147 |
| | 10/20/2025 | $61.12 | 952,646 | | 11/17/2025 | $56.64 | 954,057 |
| | 12/15/2025 | $29.14 | 955,482 | | 01/12/2026 | $29.14 | 956,876 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|

**Chapter 13 Case # 23-11078**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,190.16 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 5,192.00 | 100.00% | 5,192.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ARS | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AIRMETHODS | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | M & T BANK | (NEW) Prepetition A | 9,343.74 | 100.00% | 9,343.74 | |
| 0006 | APPLE CARD/GS BANK USA | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | ATLANTIC AMBULANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | ATLANTIC MEDICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,814.36 | * | 396.87 | |
| 0014 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 6,219.23 | * | 1,360.41 | |
| 0015 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,059.16 | * | 231.68 | |
| 0016 | CCS/FIRST SAVINGS BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | CENTER FOR WOMENS HEALTHCARE LL | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | CENTRO CLINICO LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | QUANTUM3 GROUP LLC | UNSECURED | 1,322.95 | * | 289.38 | |
| 0025 | CREDIT FIRST | UNSECURED | 987.54 | * | 216.02 | |
| 0027 | LVNV FUNDING LLC | UNSECURED | 1,825.97 | * | 399.42 | |
| 0028 | LVNV FUNDING LLC | UNSECURED | 2,236.09 | * | 489.13 | |
| 0030 | DIAGNOSTIC CYTOGENETICS | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 3,950.11 | * | 864.04 | |
| 0033 | FMA ALLIANCE LTD | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | FINANCIAL RESOURCES FEDERAL CRED | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | FIRESTONE COMPLETE CARE AUTO | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,940.50 | * | 424.47 | |
| 0037 | FIRST SAVINGS CREDIT CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | GARRICK COX MD LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | HOP ENERGY, LL D/B/A METRO ENERGY | UNSECURED | 1,643.25 | * | 359.45 | |
| 0044 | UNITED STATES TREASURY/IRS | PRIORITY | 7,589.45 | 100.00% | 7,589.45 | |
| 0049 | LVNV FUNDING LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | MTA BRIDGES AND TUNNELS | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | MATRIX | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | MIDDLE COUNTRY COLLECTION SERVIC | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | NEW JERSEY TURNPIKE AUTHORITY | UNSECURED | 120.04 | * | 26.26 | |
| 0057 | PAYPAL CREDIT/SYNCB | UNSECURED | 0.00 | * | 0.00 | |
| 0058 | PHYSICAL THERAPY & WELLNESS | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | PRIME HEALTHCARE SERVICES ST CLAR | UNSECURED | 0.00 | * | 0.00 | |
| 0060 | PROFESSIONAL PHYSICAL THERAPY | UNSECURED | 0.00 | * | 0.00 | |
| 0062 | RECEIVABLE COLLECTION | UNSECURED | 0.00 | * | 0.00 | |
| 0065 | REVCO SOLUTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0069 | SAINT CLAIRE'S BEHAVIORAL HEALTH | UNSECURED | 0.00 | * | 0.00 | |
| 0072 | SARAH SILVERMAN | UNSECURED | 0.00 | * | 0.00 | |
| 0074 | STATE OF NJ | UNSECURED | 49.35 | * | 6.07 | |
| 0076 | STATE OF NJ | PRIORITY | 600.10 | 100.00% | 600.10 | |
| 0077 | SUNRISE CREDIT SERVICE | UNSECURED | 0.00 | * | 0.00 | |
| 0078 | SURETOX LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0080 | THD/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0081 | THE PORT AUTHORITY OF NEW YORK & | UNSECURED | 0.00 | * | 0.00 | |
| 0083 | TOLLS BY MAIL | UNSECURED | 0.00 | * | 0.00 | |
| 0084 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 323.10 | 100.00% | 323.10 | |
| 0086 | TWIN BORO PHYSICAL THERAPY | UNSECURED | 0.00 | * | 0.00 | |
| 0090 | QUANTUM3 GROUP LLC | UNSECURED | 4,458.82 | * | 975.33 | |
| 0091 | WELLS FARGO BANK NA | UNSECURED | 1,198.84 | * | 262.24 | |
| 0094 | LVNV FUNDING LLC | UNSECURED | 1,172.26 | * | 256.42 | |
| 0095 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 6,002.97 | * | 1,313.11 | |
| 0096 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 1,443.69 | * | 315.80 | |
| 0097 | QUANTUM3 GROUP LLC | UNSECURED | 692.37 | * | 151.45 | |

**Chapter 13 Case # 23-11078**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| 0098 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,908.42 | * | 417.45 | |
| 0099 | US DEPARTMENT OF HUD | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | |
| 0100 | UNITED STATES TREASURY/IRS | UNSECURED | 945.10 | * | 206.74 | |
| 0101 | M & T BANK | (NEW) MTG Agree | 599.00 | 100.00% | 599.00 | |

**Total Paid:  $34,799.29**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $34,804.00        -     Paid to Claims: $27,417.13     -     Admin Costs Paid: $7,382.16   =   Funds on Hand: $4.71

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.